# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 23, 2007

132865

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

JEFFERY KEITH SNYDER,
    Defendant-Appellant.

SC: 132865
COA: 273652
Shiawassee CC: 05-003367-FH

_____/

      On order of the Court, the application for leave to appeal the November 27, 2006 order of the Court of Appeals is considered.  We DIRECT the Shiawassee County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

      The application for leave to appeal remains pending.



I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 23, 2007

_____
Clerk

p0516